1 | JOHN A. RUSSO, City Attorney - State Bar #129729
RANDOLPH W. HALL, Assistant City Attorney - State Bar #080142
2 | WILLIAM E. SIMMONS, Supervising Trial Attorney- State Bar #121286
STEPHEN Q. ROWELL, Sr. Deputy City Attorney- State Bar #098228
3 | One Frank Ogawa Plaza, 6th Floor
Oakland, California  94612
4 | Telephone:  (510) 238-3865      Fax:  (510) 238-6500
sqrowell@oaklandcityattorney.org
5 |
Attorneys for Defendants
6 | CITY OF OAKLAND, RICHARD WORD,
R. HOLMGREN, S. NOWAK, M. BATTLE,
7 | E. KARSSEBOOM, C. BUNN and
M. PATTERSON
8 | 20784/559907

9 | **UNITED STATES DISTRICT COURT**

10 | **NORTHERN DISTRICT OF CALIFORNIA**

11 |

12 | THE ESTATE OF JERRY A. AMARO III;
GERALDINE MONTOYA; STEPHANIE
MONTOYA,

13 |

14 | Plaintiffs,

15 | v.

16 | CITY OF OAKLAND; RICHARD WORD;
EDWARD POULSON; R. HOLMGREN; S.
17 | NOWAK; M. BATTLE; E. KARSSEBOOM;
C. BUNN; M PATTERSON; individually and
18 | In their capacities as members of the CITY
OF OAKLAND Police Department, DOES
19 | 1-100, inclusive,

20 | Defendants.

---

Case No. C09-01019 WHA

**ANSWER OF CITY OF OAKLAND, RICHARD WORD, R. HOLMGREN, S. NOWAK, M. BATTLE, E. KARSSEBOOM, C. BUNN AND M. PATTERSON TO THE COMPLAINT FOR DAMAGES**

---

21 |

22 | 1.      Defendants CITY OF OAKLAND, RICHARD WORD, R. HOLMGREN, S. NOWAK,

23 | M. BATTLE, E. KARSSEBOOM, C. BUNN and M. PATTERSON, ("Defendants") answer

24 |

25 | **DEFENDANTS' ANSWER TO THE COMPLAINT.**                    **C09-01019 WHA**

26 |

the Complaint on file herein, as follows:

## INTERDISTRICT ASSIGNMENT

2.      In response to paragraph 2 of the Complaint, Defendants admit that the Northern District of California, San Francisco/Oakland Divisions is the proper venue for this action. Defendants lack information or belief sufficient to answer the remaining allegations of paragraph 2 and, based upon this lack of information and belief, deny each and every allegation contained therein.

## PARTIES

3.      In response to paragraphs 3, 4, 5, 15, 16, 17, and 18 of the Complaint, Defendants lack information or belief sufficient to enable it to answer said paragraphs and based on this lack of information and belief denies each and every allegation contained therein.

4.      In response to paragraphs 6, 7, 8, 9, 10, 11, 12, 13, 14 of the Complaint, Defendants admit each and every allegation contained therein.

## STATEMENT OF FACTS

5.      In response to paragraphs 19, 20, 21, 22, 24, 25, 26, 28, 30, 31, 32, 33, 34, 35, 36, 37, 38  of the Complaint, Defendants deny each and every allegation contained therein.

6.      In response to paragraph 23 of the Complaint, Defendants admit that Jerry Amaro was arrested by members of the Oakland Police Department on March 23, 2000, but Defendants lack information or belief sufficient to enable them to answer the remaining allegations contained in said paragraph and based on this lack of information and belief deny each and every allegation contained therein.

7.      In response paragraph 27 of the Complaint, Defendants admit each and every

DEFENDANTS' ANSWER TO THE          -2-          C09-01019 WHA
COMPLAINT.

1  allegation contained therein.

2  8.      In response paragraph 29 of the Complaint, Defendants are informed and believe

3  and based upon this information and belief admit that the decedent died in April 2000 but

4  defendants lack information or belief sufficient to enable them to answer the remaining

5  allegations set forth in said paragraph, and based on this lack of information and belief,

6  deny each and every remaining allegation contained therein.

7  ## STATEMENT OF DAMAGES

8  9.      In response to paragraphs 39, 40, 41 and 42 of the Complaint, Defendants deny

9  each and every allegation contained therein.

10  .

11  ## CLAIMS FOR RELIEF

12

13

14  ## FIRST CLAIM FOR RELIEF
   ### (42 U.S.C. § 1983)

15  10.      In response to paragraph 43 of the Complaint, Defendants incorporate herein, by

16  this reference as though fully set forth at length, their answers to paragraphs 1 through 42.

17  11.      In response to paragraphs 44, 45, 46, 47 and 48 of the Complaint, Defendants

18  deny each and every allegation contained therein.

19  ## SECOND CLAIM FOR RELIEF
   ### (42 U.S.C. §1983)

20

21  12.      In response to paragraph 49 of the Complaint, defendants incorporate herein, by

22  this reference as though fully set forth at length, their answers to paragraphs 1 through 48.

23  13.      In response to paragraphs 50, 51, 52, 53 of the Complaint, Defendants deny each

24  and every allegation contained therein.

25  DEFENDANTS' ANSWER TO THE                    -3-                    C09-01019 WHA
   COMPLAINT.

26

## THIRD CLAIM FOR RELIEF
### (42 U.S.C. §1983)

14.   In response to paragraph 54 of the Complaint, Defendants incorporate herein, by this reference as though fully set forth at length, their answers to paragraphs 1 through 53.

15.   In response to paragraphs 55, 56, 57, 58, 59, 60, 61 and 62 of the Complaint, Defendants deny each and every allegation contained therein.

## AFFIRMATIVE DEFENSES

### I.

AS A FURTHER, FIRST, SEPARATE AND AFFIRMATIVE DEFENSE, Defendants allege that the Complaint fails to state a cause of action against these defendants.

### II.

AS A FURTHER, SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, Defendants allege that the injuries and damages plaintiffs complain of resulted from the acts and/or omissions of others, or acts of God, and without any fault on the part of defendants.

### III.

AS A FURTHER, THIRD, SEPARATE AND AFFIRMATIVE DEFENSE, Defendants allege that any party or individual who was negligent and/or contributed to the alleged injuries and damages was not acting as its agent or with its knowledge or within the course and/or scope of employment with Defendant CITY OF OAKLAND.

### IV.

AS A FURTHER, FOURTH, SEPARATE AND AFFIRMATIVE DEFENSE,

DEFENDANTS' ANSWER TO THE COMPLAINT.                    -4-                    C09-01019 WHA

1  Defendants allege that this action is barred by all applicable Government Code
2  immunities, including, but not limited to, sections 815 through 900.  Said sections are
3  pleaded as though fully set forth herein.

## V.

AS A FURTHER, FIFTH, SEPARATE AND AFFIRMATIVE DEFENSE,
Defendants allege that they are not liable for punitive damages pursuant to Government
Code section 818.

## VI.

AS A FURTHER, SIXTH, SEPARATE AND AFFIRMATIVE DEFENSE,
Defendants allege that all of the actions of defendants were undertaken in good faith and
with the reasonable belief that such actions were valid, necessary, reasonable, lawful and
constitutionally proper, entitling defendants to the qualified immunity of good faith.

## VII.

AS A FURTHER, SEVENTH, SEPARATE AND AFFIRMATIVE DEFENSE,
Defendants allege that, if it in any fashion caused the injuries or damages alleged,
although such liability is expressly denied herein, its acts and/or omissions were
reasonable and privileged.

## VIII.

AS A FURTHER, EIGHTH, SEPARATE AND AFFIRMATIVE DEFENSE,
Defendants allege, on information and belief, that plaintiffs and plaintiff's decedent, Jerry
Amaro III, failed to mitigate damages.

DEFENDANTS' ANSWER TO THE                    -5-                    C09-01019 WHA
COMPLAINT.

**IX.**

AS A FURTHER, NINTH, SEPARATE AND AFFIRMATIVE DEFENSE, Defendants allege that the damages of which plaintiffs complain, if any, resulted from the acts and/or omissions of plaintiffs or plaintiffs' decedent, Jerry Amaro III, or of others, and without any fault on Defendants' part.

**X.**

AS A FURTHER, TENTH, SEPARATE AND AFFIRMATIVE DEFENSE, Defendants allege that this action is barred by all applicable statutes of limitations.

**XII.**

AS A FURTHER, ELEVENTH, SEPARATE AND AFFIRMATIVE DEFENSE, Defendants allege that plaintiff has failed to allege and/or has not stated facts sufficient to show an affirmative link between the City of Oakland and the acts which allegedly violated plaintiffs' decedent's  rights.

**XIII.**

AS A FURTHER, TWELTH, SEPARATE AND AFFIRMATIVE DEFENSE, Defendants allege that any force used against plaintiffs decedent was reasonable and that said Complaint is barred by the provisions of Government Code sections 815, 815.2, 818, 818.2, 820, 820.2, 820.3, 820.6, 820.8, 821.6, 844, 844.6, 845, 845.2, 845.4 and 845.6, as well as all privileges, immunities and protections afforded by Federal law.

**XIV.**

AS A FURTHER, THIRTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE, Defendants allege that at all times relevant to the matters alleged in the

DEFENDANTS' ANSWER TO THE COMPLAINT.                    -6-                    C09-01019 WHA

complaint, the City of Oakland maintained an internal affairs division which investigated citizen complaints of misconduct against police officers and that the investigatory standards used by the department were constitutionally sound and met or exceeded standards of similarly situated departments throughout the State of California

## XV.

AS A FURTHER, FOURTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE, Defendants alleges that at all times relevant to the matters alleged in the complaint, that the City of Oakland and the City of Oakland Police Department maintained constitutionally sound policies and procedures which Oakland police officers were required to follow.

## XVI.

AS A FURTHER, FIFTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE, Defendants allege that all times relevant herein, the City of Oakland's police officer training was constitutionally sound and met or exceeded standards set by POST.

**WHEREFORE,** Defendants pray that:

1. Plaintiffs take nothing by reason of their complaint;

2. Defendants have judgment against plaintiffs;

3. Defendants be awarded its costs of suit incurred herein, including costs; and

4. The Court award such other relief as it may deem proper.

DEFENDANTS' ANSWER TO THE COMPLAINT.                     -7-                     C09-01019 WHA

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

JOHN A. RUSSO, City Attorney
RANDOLPH W. HALL, Ass. To the City Attorney
WILLIAM E. SIMMONS, Supervising Trial Attorney
STEPHEN Q. ROWELL, Sr. Deputy City Attorney

By: _____

Attorneys for Defendants
CITY OF OAKLAND, RICHARD WORD,
R. HOLMGREN, S. NOWAK, M. BATTLE,
E. KARSSEBOOM, C. BUNN AND M. PATTERSON

DEFENDANTS' ANSWER TO THE
COMPLAINT.

-8-

C09-01019 WHA