1  Gregory D. Brown, State Bar No. 065318
   John J. Verber, State Bar No. 139917
2  James Y. Higa, State Bar No. 225683
   BURNHAM BROWN
3  A Professional Law Corporation
   P. O. Box 119
4  Oakland, California 94604
   ---
5  1901 Harrison Street, 11th Floor
   Oakland, California 94612
6  Telephone:    (510) 444-6800
   Facsimile:    (510) 835-6666
7  Email:    gbrown@burnhambrown.com
             jverber@burnhambrown.com
8            jhiga@burnhambrown.com

9  Attorneys for Defendant
   EDWARD POULSON
10

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13 | THE ESTATE OF JERRY A. AMARO III; | Case No. C09-01019 WHA
   | GERALDINE MONTOYA; STEPHANIE     |
14 | MONTOYA,                          | STIPULATION AND ORDER TO EXTEND
   |                                   | TIME TO RESPOND TO PLAINTIFFS'
15 |           Plaintiffs,             | COMPLAINT

16 | v.

17 | CITY OF OAKLAND, RICHARD WORD;
   | EDWARD POULSON,; R. HOLMGREN; S.
18 | NOWAK; M. BATTLE; E. KARSSEBOOM;
   | C. BUNN; M. PATTERSON; individually,
19 | and in their capacities as members of the
   | CITY OF OAKLAND POLICE
20 | DEPARTMENT; and DOES 1-100, inclusive,

21 |           Defendants.             | Complaint Filed: March 10, 2009

22

23    Plaintiffs THE ESTATE OF JERRY A. AMARO III; GERALDINE MONTOYA;

24 STEPHANIE MONTOYA ("Plaintiffs") and Defendant EDWARD POULSON ("Defendant"),

25 through their counsel, stipulate that Defendant's time to answer or otherwise plead and respond

26 to Plaintiffs' complaint shall be extended. Defendant is to answer or otherwise plead and

27 respond on or before April 27, 2009.

28 ////

This stipulation will not alter the date of any hearing or conference set by the Court.

DATED: April __, 2008

LAW OFFICES OF JOHN L. BURRIS

By: _____
JOHN L. BURRIS
Attorneys for Plaintiffs
THE ESTATE OF JERRY A. AMARO III;
GERALDINE MONTOYA; STEPHANIE MONTOYA

DATED: April 16, 2008

BURNHAM BROWN

By: _____
JOHN J. VERBER
Attorneys for Defendant
EDWARD POULSON

**ORDER**

IT IS SO ORDERED:

DATED: April 22, 2009

IT IS SO ORDERED
Judge William Alsup

JUDGE, UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

934479

STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFFS' COMPLAINT

No. C09-01019 MEJ

2