JOHN L. BURRIS (SBN #69888)
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, California 94621
(510) 839-5200; FAX (510) 839-3882
Email: john.burris@johnburrislaw.com

JAMES B. CHANIN (SBN# 76043)
Law Offices of James B. Chanin
3050 Shattuck Avenue
Berkeley, California 94705
(510) 848-4752; FAX: (510) 848-5819
Email: jbcofc@aol.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF JERRY A. AMARO III; GERALDINE MONTOYA; STEPHANIE MONTOYA; <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF OAKLAND; RICHARD WORD; EDWARD POULSON; R. HOLMGREN; S. NOWAK; M. BATTLE; E. KARSSEBOOM; C. BUNN; M. PATTERSON; individually and in their capacities as members of the CITY OF OAKLAND Police Department; DOES 1-100, inclusive, <br><br> Defendants. | CASE NO: C09-01019 WHA <br><br> **DECLARATION OF DESIREE FERNANDEZ SUBMITTED BY PLAINTIFFS PURSUANT TO COURT'S ORDER AT HEARING ON JUNE 4, 2009** <br><br> **Hearing Date: June 4, 2009** <br> **Time: 8:00 a.m.** <br> **Courtroom: 9** <br> **The Hon. William H. Alsup** |

**Decl. of D. Fernandez Submitted Per Court's Order 6/4/09**
**Estate of Amaro v. City of Oakland, Case No. C09-01019 WHA**

1

1  I, DESIREE FERNANDEZ, DECLARE:

2  1. I am the niece of Plaintiff, Geraldine Montoya, and the cousin of Plaintiff, Stephanie

3  Montoya. Geraldine Montoya is the sister of my mother. The decedent, Jerry A. Amaro III was

4  also my cousin.

5  2. I have personal knowledge of the matters stated herein and would testify to the same if

6  called to do so in Court, except as to those matters stated upon information and belief, and as to

7  those matters, I am informed and believe them to be true and correct.

8  3. I learned about Jerry Amaro's death sometime in April 2000. I tried to help find

9  witnesses to find out what happened to him by going door to door. We also made up fliers

10  asking for witnesses. None of our efforts resulted in locating any information as to what

11  happened to my cousin, Jerry Amaro.

12  4. Plaintiff Geraldine Montoya and I also went to the Oakland Police Department to find

13  out what happened to my cousin, including to try to find out if Jerry Amaro had told the truth

14  when he claimed he was beaten up by the OPD, to try to identify the police officers who were

15  involved in beating him, to find out who caused his death, who arrested him and what police

16  officers were involved in the arrest of Mr. Amaro. We also tried to get copies of the police

17  reports concerning Mr. Amaro.

18  5. When we to the Oakland Police Administration building on 7th Street in downtown

19  Oakland on one occasion when we tried to find out what happened to Jerry Amaro, we met a

20  police officer. Plaintiff Geraldine Montoya told the police officer that she wanted to know

21  exactly what happened to her son and whether she could get a copy of the police report. She

22  wanted to see any paperwork that described what happened to her son because of allegations that

23

24

**Decl. of D. Fernandez  Submitted Per Court's Order 6/4/09**
**Estate of Amaro v. City of Oakland, Case No. C09-01019 WHA**

2

1  the police had been involved in beating him.  She wanted answers.  The police officer told her "I
2  don't know what you are talking about" and asked us to leave. We never got a copy of the police
3  report.  The police never gave us any information about what happened to my cousin despite our
4  many efforts to find out what happened.

5        6.  I also recall that we spoke to another police officer who declined to provide us with
6  any information concerning Mr. Amaro's death.  I do not recall at this time whether this officer
7  was Sgt. Galindo, the officer we spoke to at the Police Administration building or someone else.

8        7.  I declare under penalty of perjury that the foregoing is true and correct, except as to
9  those matters stated upon information and belief, and as to those matters, I am informed and
10 believe them to be true and correct.  Executed this 5th day of June 2009 at Berkeley, California.

                                               _____/S/_____
                                               DESIREE FERNANDEZ