1 | JOHN L. BURRIS (SBN #69888)
LAW OFFICES OF JOHN L. BURRIS
2 | 7677 Oakport Street, Suite 1120
Oakland, California 94621
3 | (510) 839-5200; FAX (510) 839-3882
Email: john.burris@johnburrislaw.com
4

5 | JAMES B. CHANIN (SBN# 76043)
Law Offices of James B. Chanin
6 | 3050 Shattuck Avenue
Berkeley, California 94705
7 | (510) 848-4752; FAX: (510) 848-5819
Email: jbcofc@aol.com

8 | Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THE ESTATE OF JERRY A. AMARO III;
GERALDINE MONTOYA; STEPHANIE
MONTOYA;

    Plaintiffs,

vs.

CITY OF OAKLAND; RICHARD WORD;
EDWARD POULSON; R. HOLMGREN; S.
NOWAK; M. BATTLE; E. KARSSEBOOM;
C. BUNN; M. PATTERSON; individually and
in their capacities as members of the CITY OF
OAKLAND Police Department; DOES 1-100,
inclusive,

    Defendants.

CASE NO: C09-01019 WHA

**DECLARATION OF LOUIS MONTOYA, SUBMITTED PURSUANT TO COURT'S ORDER AT HEARING ON JUNE 4, 2009**

**Hearing Date: June 4, 2009
Time: 8:00 a.m.
Courtroom: 9
The Hon. William H. Alsup**

**Decl. of Louis Montoya Submitted Per Court's Order 6/4/09
Estate of Amaro v. City of Oakland, Case No. C09-01019 WHA**

1

I, LOUIS MONTOYA, DECLARE:

1. I am the step-father of the decedent, Jerry A. Amaro III, and am the husband of Plaintiff Geraldine Montoya.

2. I have personal knowledge of the matters stated herein and would testify to the same if called to do so in Court, except as to those matters stated upon information and belief, and as to those matters, I am informed and believe them to be true and correct.

3. On the afternoon of April 21, 2000, I was at my home, located at 9331 Coral Road in Oakland, California, when Sgt. Galindo of the Oakland Police Department and another officer came to my home and advised me that my stepson had died earlier that day. Prior to hearing this from Sgt. Galindo, I was not aware of my stepson's death. I was standing outside near my wife, Plaintiff Geraldine Montoya, when we were speaking to the officers.

4. Sgt. Galindo informed us that he was conducting a homicide investigation concerning the circumstances surrounding my stepson's death. He told us that he believed that my stepson was found dead in the street and that he had been killed as a result of gang or drug activity.

5. Both my wife and I told Sgt. Galindo that my stepson had related he had been beaten during a recent arrest by the Oakland Police Department. It appeared that Sgt. Galindo did not want to hear this and continued to insist that my stepson had been killed as a result of gang or drug activity.

6. My wife was very upset, telling Sgt. Galindo that my stepson claimed he had been beaten by the police. Sgt. Galindo told my wife to get inside his car and to stop talking about the police involvement in my stepson's death. I do not know what they spoke about once my wife was inside Sgt. Galindo's car.

7.  Subsequently, neither Sgt. Galindo, nor anyone else associated with the Oakland Police Department, ever told us about the outcome of the criminal investigation into my son's death, including whether there was evidence showing that he had been killed as a result of gang activity or drugs or whether his claim about being beaten by the police was true.

8. Although my wife, Geraldine Montoya, repeatedly tried to get copies of the police reports concerning my stepson from the Oakland Police Department, the OPD refused to disclose any of the reports to her.

9.  I declare under penalty of perjury that the foregoing is true and correct, except as to those matters stated upon information and belief, and as to those matters, I am informed and believe them to be true and correct.  Executed this 5th day of June 2009, at Berkeley, California.

_____/S/_____
LOUIS MONTOYA

**Decl. of Louis Montoya Submitted Per Court's Order 6/4/09**
**Estate of Amaro v. City of Oakland, Case No. C09-01019 WHA**
3

7.  Subsequently, neither Sgt. Galindo, nor anyone else associated with the Oakland Police Department, ever told us about the outcome of the criminal investigation into my son's death, including whether there was evidence showing that he had been killed as a result of gang activity or drugs or whether his claim about being beaten by the police was true.

8. Although my wife, Geraldine Montoya, repeatedly tried to get copies of the police reports concerning my stepson from the Oakland Police Department, the OPD refused to disclose any of the reports to her.

9.  I declare under penalty of perjury that the foregoing is true and correct, except as to those matters stated upon information and belief, and as to those matters, I am informed and believe them to be true and correct.  Executed this 5th day of June 2009, at Berkeley, California.

_____/S/_____
LOUIS MONTOYA

**Decl. of Louis Montoya Submitted Per Court's Order 6/4/09**
**Estate of Amaro v. City of Oakland, Case No. C09-01019 WHA**

3