United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THE ESTATE OF JERRY A. AMARO III,
GERALDINE MONTOYA, STEPHANIE
MONTOYA,

    Plaintiffs,

  v.

CITY OF OAKLAND, RICHARD WORD,
EDWARD POULSON, R. HOLMGREN, S.
NOWAK, M. BATTLE, E. KARSSEBOOM,
C. BUNN, M. PATTERSON, individually
and in their capacities as members of the
City of Oakland Police Department, and
DOES 1–100, inclusive,

    Defendants.
                                  /

No. C 09-01019 WHA

**ORDER DENYING
MOTION TO DISMISS**

      Although defendants have a strong factual basis for their assertion that the statute of limitations ran years ago on the Section 1983 claims of plaintiffs Geraldine Montoya and the Estate of Jerry A. Amaro III, those plaintiffs have shown a plausible factual basis for their argument that the statute was tolled by reason of affirmative, false and misleading statements to said plaintiffs by defendants which, as they were intended, induced her not to press forward with her suspicions that defendant officers killed her son, statements which were exposed as false (allegedly) by investigative reporting published only this year, whereupon said plaintiffs filed this Section 1983 action. Therefore, based on the tolling rule of equitable estoppel, this

order **DENIES** the motion to dismiss and will let discovery go forward (on all issues) without prejudice to the possibility of a separate and bifurcated trial on the defense of the limitations bar.

As for Stephanie Montoya, she was a minor at the time of the alleged beating death of her brother and the record does not establish her age or when her claim accrued.  So the motion is **DENIED** as to her as well.

**IT IS SO ORDERED.**

Dated:  June 9, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2