JOHN L. BURRIS (SBN #69888)
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, California 94621
(510) 839-5200; FAX (510) 839-3882
Email: john.burris@johnburrislaw.com

JAMES B. CHANIN (SBN# 76043)
Law Offices of James B. Chanin
3050 Shattuck Avenue
Berkeley, California 94705
(510) 848-4752; FAX: (510) 848-5819
Email: jbcofc@aol.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF JERRY A. AMARO III; GERALDINE MONTOYA; STEPHANIE MONTOYA; <br><br>  Plaintiffs, <br><br>vs. <br><br>CITY OF OAKLAND; RICHARD WORD; EDWARD POULSON; R. HOLMGREN; S. NOWAK; M. BATTLE; E. KARSSEBOOM; C. BUNN; M. PATTERSON; individually and in their capacities as members of the CITY OF OAKLAND Police Department; DOES 1-100, inclusive, <br><br>  Defendants. | CASE NO: C09-01019 WHA <br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES TO SERVE UNSERVED PARTIES, IDENTIFY AND SERVE DOE DEFENDANTS AND TO SEEK LEAVE TO AMEND THE PLEADINGS AND JOIN PARTIES** |

**Stip. And [Proposed] Order Extending Deadline re Serve/Identify/Join Parties**
**Estate of Amaro v. City of Oakland, Case No. C09-01019 WHA**

1

WHEREAS, Plaintiffs Geraldine Montoya and Stephanie Montoya are respectively the mother and sister of the decedent, Jerry A. Amaro III;

WHEREAS, Plaintiffs are alleging, *inter alia*, that the decedent was subjected to excessive force during his arrest by members of the Oakland Police Department and that said excessive force led to the decedent's death;

WHEREAS, Plaintiffs have no independent access to the police reports, investigative materials, recordings and/or other tangible items maintained by the Oakland Police Department concerning the arrest and death of Jerry A. Amaro III absent the formal discovery process in this case;

WHEREAS, Plaintiffs are not currently in a position to identify and serve Doe defendants and/or to seek leave to join additional parties or amend the Complaint due to the fact that formal discovery has only just commenced in this case and Plaintiffs have had no ability outside of the formal discovery process to obtain the police reports, investigative documents and/or other tangible materials in the possession of the Oakland Police Department which could shed light on the identities of Doe defendants and indicate whether additional parties need to be joined or whether Plaintiffs will need to amend their Complaint;

WHEREAS, on June 9, 2009, the Court entered its Case Management Order in the above-entitled action and vacated the Case Management Conference scheduled for June 18, 2009;

WHEREAS, pursuant to said Order, the parties' respective Initial Disclosures are due to be exchanged on July 10, 2009 and by that same date, the parties have been ordered to identify and serve Doe defendants;

**Stip. And [Proposed] Order Extending Deadline re Serve/Identify/Join Parties**
**Estate of Amaro v. City of Oakland, Case No. C09-01019 WHA**

2

1    WHEREAS, said Order also requires that Plaintiffs seek leave to join additional parties

2    and/or amend the Complaint by July 31, 2009,

3    WHEREAS, Plaintiffs need to propound formal discovery requests on the Defendants in

4    order to be able to identify and serve Doe defendants and/or to determine whether they will need

5    to seek leave to join additional parties and/or amend the pleadings since all the information

6    necessary to make this determination may not be contained in Defendants' Rule 26 Initial

7    Disclosures and is not otherwise available to Plaintiffs;

8    WHEREAS, within hours of receiving the Court's Case Management Order on June 9,

9    2009, Plaintiffs' counsel prepared Requests for Production of Documents to the City of Oakland

10   and Defendant Edward Poulson and served said Requests on Defendants' counsel via both fax

11   and U.S. Mail;

12   WHEREAS, even if Defendants comply with the plaintiffs' discovery requests in a

13   timely manner and provide information in their Initial Disclosures relating to the identities of the

14   Doe defendants on July 10, 2009, Plaintiffs do not anticipate that they would be able to have

15   sufficient time to review said discovery responses, identify and serve all Doe defendants on that

16   same date (July 10, 2009);

17   WHEREAS, Plaintiffs also believe that further investigation may become necessary

18   following receipt of Defendants' discovery responses and Initial Disclosures on July 10, 2009,

19   which may also make it difficult, if not impossible, to prepare and file a motion to join any

20   additional parties and/or to amend the pleadings by July 31, 2009;

21   THEREFORE, THE PARTIES, BY AND THROUGH THEIR RESPECTIVE

22   COUNSEL OF RECORD, DO HEREBY STIPULATE AND AGREE THAT the deadlines to

23

24   **Stip. And [Proposed] Order Extending Deadline re Serve/Identify/Join Parties
     Estate of Amaro v. City of Oakland, Case No. C09-01019 WHA**

1  identify and serve Doe Defendants of July 10, 2009, and to seek leave to join additional parties

2  and/or amend the pleadings of July 31, 2009, should be extended to August 31, 2009, to provide

3  Plaintiffs with additional time to identify and serve any Doe Defendants and to determine

4  whether leave to amend the pleadings or join parties will be necessary based on information

5  provided by Defendants in their Initial Disclosures due on July 10, 2009 and in Defendants'

6  responses to Plaintiffs' preliminary discovery requests that were served by Plaintiffs' counsel on

7  June 9, 2009.

8  IT IS SO STIPULATED:

9

10  Dated: June 12, 2009                                 _____/S/_____

11                                                       JAMES B. CHANIN
                                                         Attorney for Plaintiffs

12  Dated: June 15, 2009                                 _____/S/_____

13                                                       STEPHEN Q. ROWELL
                                                         Attorney for City of Oakland Defendants

14  Dated: June 12, 2009                                 _____/S/_____

15                                                       JOHN VERBER
                                                         Attorney for Defendant

16                                                       Edward Poulson

17  PURSUANT TO STIPULATION,
    IT IS SO ORDERED:

18
    Dated: June 19, 2009
19

20

21

22

23
              **Stip. And [Proposed] Order Extending Deadline re Serve/Identify/Join Parties**
24            **Estate of Amaro v. City of Oakland, Case No. C09-01019 WHA**
                                              4