IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF JERRY A. AMARO III, GERALDINE MONTOYA, STEPHANIE MONTOYA,<br><br>Plaintiffs,<br><br>  v.<br><br>CITY OF OAKLAND, RICHARD WORD, EDWARD POULSON, R. HOLMGREN, S. NOWAK, M. BATTLE, E. KARSSEBOOM, C. BUNN, M. PATTERSON, individually and in their capacities as members of the City of Oakland Police Department, and DOES 1–100, inclusive,<br><br>Defendant.<br>                                                                    / | No. C 09-01019 WHA<br><br>**ORDER SETTING HEARING RE PLAINTIFFS' DISCOVERY DISPUTE** |

The Court is in receipt of plaintiffs' November 2, 2009, letter concerning a discovery dispute and hereby **SETS** a further meet-and-confer for **FRIDAY, NOVEMBER 6, 2009, AT 11:00 A.M.** in the Lawyers' Lounge located on the 18th floor of the federal courthouse. Any issue(s) not resolved will be heard by the Court at **2:00 P.M.** on that same day in Courtroom 9.  Please note that only those lawyers who participate in the further meet-and-confer may argue at the hearing.

   **IT IS SO ORDERED.**

Dated: November 2, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE