1  JOHN L. BURRIS (SBN #69888)
   LAW OFFICES OF JOHN L. BURRIS
2  7677 Oakport Street, Suite 1120
   Oakland, California 94621
3  (510) 839-5200; FAX (510) 839-3882
   Email: john.burris@johnburrislaw.com
4
   JAMES B. CHANIN (SBN# 76043)
5  Law Offices of James B. Chanin
   3050 Shattuck Avenue
6  Berkeley, California 94705
   (510) 848-4752; FAX: (510) 848-5819
7  Email: jbcofc@aol.com

8  Attorneys for Plaintiffs

9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                                          )
12 THE ESTATE OF JERRY A. AMARO III;      )  CASE NO:  C09-01019 WHA
   GERALDINE MONTOYA; STEPHANIE           )
13 MONTOYA;                               )  **STIPULATION AND [PROPOSED]**
                                          )  **ORDER RE CONTACT INFORMATION**
14        Plaintiffs,                     )  **FOR SERVICE OF SUBPOENA ON LT.**
                                          )  **PAUL BERLIN (RET.) AND ORDER**
15 vs.                                    )  **PERMITTING HIS DEPOSITION TO BE**
                                          )  **TAKEN ON SHORTENED TIME**
16                                        )
                                          )
17 CITY OF OAKLAND, et al.,                )
                                          )
18        Defendants.                     )
                                          )
19                                        )
                                          )
20                                        )
                                          )
21                                        )
                                          )
22

23
   Estate of Amaro, et al. v. City of Oakland, et al
24 Case No. C09-01019 WHA
   Stip and [Proposed] Order re Lt. Paul Berlin (Ret.)
                              1

1    THE PARTIES, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF

2    RECORD, DO HEREBY STIPULATE AND AGREE THAT:

3    Defendant CITY OF OAKLAND shall provide Plaintiffs' counsel with all known

4    addresses and telephone numbers for Lt. Paul Berlin (Ret.) by no later than 2:00 p.m. on

5    November 5, 2009, so that Plaintiffs may use this information solely for the purpose of serving

6    Lt. Berlin with deposition and/or trial subpoenas.  If Plaintiffs' counsel is unable to locate Lt.

7    Berlin at the addresses provided by Defendant CITY OF OAKLAND, Defendant CITY OF

8    OAKLAND shall promptly disclose Lt. Berlin's social security number, driver's license number

9    and date of birth to Plaintiffs' counsel within 48 hours of their request so that additional

10   investigative efforts to locate his whereabouts for service of subpoenas may be undertaken by

11   Plaintiffs' counsel.  In that event, Plaintiffs shall have the right to disclose the information to a

12   licensed private investigators to assist them in locating Lt. Berlin for service of said subpoenas.

13   This information is deemed "Confidential" and is being disclosed by Defendant CITY OF

14   OAKLAND to Plaintiffs' counsel pursuant to the terms of the Stipulated Protective Order

15   previously entered by the Court on July 9, 2009.  Furthermore, this information will only be

16   disclosed on an as needed basis to process servers and/or private investigators retained by

17   Plaintiffs' counsel who shall be instructed that the information is subject to said protective order.

18   Said process servers and/or private investigators shall be instructed to return the information to

19   Plaintiffs' counsel upon their successful and/or unsuccessful efforts to serve Lt. Berlin.  Said

20   information shall not be disclosed to the individual Plaintiffs  or third parties, other than the

21   aforesaid process servers and/or investigators, and shall be destroyed by Plaintiffs' counsel at the

Estate of Amaro, et al. v. City of Oakland, et al
Case No. C09-01019 WHA
Stip and [Proposed] Order re Lt. Paul Berlin (Ret.)

2

final conclusion of the litigation.  Furthermore, no records of this information will be retained by Plaintiffs' counsel upon the final conclusion of the litigation.

It is further agreed and stipulated that the deposition of Lt. Berlin may be taken on shortened time.

IT IS SO STIPULATED:

Dated: November 4, 2009            _____/S/_____
                                    JAMES B. CHANIN
                                    Attorney for Plaintiffs

Dated: November 4, 2009            _____/S/_____
                                    STEPHEN Q. ROWELL
                                    Attorney for City of Oakland
                                    Defendants

Dated: November 4, 2009            _____/S/_____
                                    JOHN VERBER
                                    Attorney for Defendant
                                    Edward Poulson

PURSUANT TO STIPULATION,
IT IS SO ORDERED:

Dated: November 5 ___, 2009

IT IS SO ORDERED
Judge William Alsup

Estate of Amaro, et al. v. City of Oakland, et al
Case No. C09-01019 WHA
Stip and [Proposed] Order re Lt. Paul Berlin (Ret.)

3