LAW OFFICES OF
# JAMES B. CHANIN
3050 SHATTUCK AVENUE
BERKELEY, CALIFORNIA 94705
(510) 848-4752
FAX (510) 848-5819

November 12, 2009
Via E-Filing and Chambers Copy

The Honorable William H. Alsup
Judge of the United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA  94102

      Re:  *Estate of Amaro v. City of Oakland, et al*.
      Case No. C09-01019 WHA
      Subject:  Discovery Dispute re: Evading Service of Subpoena by Lt. Paul Berlin (Ret.)

Dear Judge Alsup:

      On November 10, 2009, Plaintiffs counsel wrote to the Court to move for an Order granting Plaintiffs leave to serve Lt. Paul Berlin (Ret) with a deposition subpoena via Federal Express or Certified Mail because he was evading personal service.

      On November 12, 2009, Stephen Rowell, counsel for Defendant City of Oakland, wrote the following in an email to Plaintiffs' counsel:

> "I see that you asked the court for permission to serve the subpoena by mail or other means.  Lt. Berlin has now authorized me to accept the deposition subpoena on his behalf.  Once you serve it on me, I will accept it.  As of this writing, I have no reason to believe that Lt. Berlin will not appear on the 19th.  If he fails to appear, I know you are aware of the available remedies to compel him to do so."

      Based on Mr. Rowell's agreement to accept service of the deposition subpoena for Lt. Berlin, Plaintiffs will be immediately sending the subpoena to Mr. Rowell and will expect that Lt. Berlin will appear for his deposition on November 19, 2009, at 10:00 a.m.

      Therefore, Plaintiffs respectfully request that the Court hold this matter in abeyance in the expectation that Lt. Berlin will now appear for his deposition.  If that does not occur, Plaintiffs'

1

Page Two

counsel will advise the Court on or after November 19, 2009.

      Thank you for your consideration in this matter.

Respectfully submitted,

S/
James B. Chanin
Attorney for Plaintiffs