JOHN L. BURRIS (SBN #69888)
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, California 94621
(510) 839-5200; FAX (510) 839-3882
Email: john.burris@johnburrislaw.com

JAMES B. CHANIN (SBN# 76043)
JULIE M. HOUK    (SBN# 114968)
Law Offices of James B. Chanin
3050 Shattuck Avenue
Berkeley, California 94705
(510) 848-4752; FAX: (510) 848-5819
Email: jbcofc@aol.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF JERRY A. AMARO III; GERALDINE MONTOYA; STEPHANIE MONTOYA;<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF OAKLAND, et al.,<br><br>Defendants. | CASE NO:  C09-01019 WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS LEAVE TO SERVE LT. PAUL BERLIN (RET.) WITH A DEPOSITION SUBPOENA VIA ALTERNATIVE MEANS (FEDERAL EXPRESS AND/OR CERTIFIED MAIL) AT HIS HOME ADDRESS** |

1  WHEREAS, Plaintiffs have been unable to accomplish personal, hand to hand service of
2  a subpoena for the deposition of Lt. Paul Berlin (Ret) as set forth in the declaration of reasonable
3  diligence by Legal Express because there is evidence Lt. Berlin is willfully evading service of
4  the subpoena;
5  IT IS HEREBY ORDERED THAT Plaintiffs shall have leave to serve Lt. Berlin with a
6  
7  deposition subpoena for his deposition on November 19, 2009, at 10:00 a.m. at the Law Offices
8  of John L. Burris through the alternative means of Federal Express and/or Certified Mail delivery
9  to the home address previously produced to Plaintiffs' counsel by the City of Oakland.
10  IT IS HEREBY FURTHER ORDERED THAT no counsel, party or employees of any
11  
12  party shall contact Lt. Berlin to advise him in advance of any Federal Express and/or Certified
13  Mail delivery of the subpoena to his home address that the Court has entered this Order.

IT IS SO ORDERED:



Dated: November 13, 2009

_____
WILLIAM H. ALSUP
Judge of the United States District Court