JOHN L. BURRIS (SBN #69888)
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, California  94621
(510) 839-5200; FAX (510) 839-3882
Email: john.burris@johnburrislaw.com

JAMES B. CHANIN (SBN# 76043)
Law Offices of James B. Chanin
3050 Shattuck Avenue
Berkeley, California  94705
(510) 848-4752; FAX: (510) 848-5819
Email: jbcofc@aol.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF JERRY A. AMARO III; GERALDINE MONTOYA; STEPHANIE MONTOYA;<br><br>    Plaintiffs,<br><br>vs.<br><br><br>CITY OF OAKLAND, et al.,<br><br>    Defendants. | CASE NO:  C09-01019 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER RE TESTIMONY OF FORMER OAKLAND JAILER MIKE DUARTE** |

WHEREAS, Mike Duarte, a former jailer at Oakland City Jail, is suffering from significant medical problems which would make it difficult for him to appear for deposition and/or trial in this matter;

Estate of Amaro, et al. v. City of Oakland, et al
Case No. C09-01019 WHA
Stip and [Proposed] Order re Testimony of Former Oakland Jailer Mike Duarte

1

1  THE PARTIES, BY AND THROUGH THEIR COUNSEL OF RECORD, DO HEREBY STIPULATE AND AGREE THAT if Mike Duarte were called to testify at deposition or trial, his testimony would be the same as the statement he gave to the City of Oakland Police Department Internal Affairs Division on May 16, 2000, which appears at OAK 23 of Defendant City of Oakland's Initial Disclosures, to wit:

> "Duarte was working the control desk on 24 Mar 00 and booked Amaro into the jail. He could not specifically remember Amaro but based on the report, said Amaro wanted to see the nurse because his ribs hurt."

THE PARTIES FURTHER AGREE AND STIPULATE that any party may offer the aforesaid statement of Mr. Duarte at trial, and/or in any other proceeding in this action, without having to call him to testify at deposition or at trial, to avoid inconvenience to Mr. Duarte because of his medical condition.

IT IS SO STIPULATED:

Dated: December 2, 2009            _____/S/_____
                                   JOHN L. BURRIS
                                   Attorney for Plaintiffs

Dated: December 2, 2009            _____/S/_____
                                   JAMES B. CHANIN
                                   Attorney for Plaintiffs

Dated: December 4, 2009            _____/S/_____
                                   STEPHEN Q. ROWELL
                                   Attorney for City of Oakland
                                   Defendants

Dated: December 3, 2009            _____/S/_____
                                   JOHN VERBER
                                   Attorney for Defendant
                                   Edward Poulson

Estate of Amaro, et al. v. City of Oakland, et al
Case No. C09-01019 WHA
Stip and [Proposed] Order re Testimony of Former Oakland Jailer Mike Duarte

1  PURSUANT TO STIPULATION,
   IT IS SO ORDERED:
2
   Dated:_ December 4 ___, 2009
3
                                            
                                            _____
4                                           WILLIAM H. ALSUP
                                            Judge of the United States
                                            District Court

Estate of Amaro, et al. v. City of Oakland, et al
Case No. C09-01019 WHA
Stip and [Proposed] Order re Testimony of Former Oakland Jailer Mike Duarte

3