1  JOHN L. BURRIS (SBN #69888)
   LAW OFFICES OF JOHN L. BURRIS
2  7677 Oakport Street, Suite 1120
   Oakland, California 94621
3  (510) 839-5200; FAX (510) 839-3882
   Email: john.burris@johnburrislaw.com
4
   JAMES B. CHANIN (SBN# 76043)
5  JULIE M. HOUK      (SBN# 114968)
   Law Offices of James B. Chanin
6  3050 Shattuck Avenue
   Berkeley, California 94705
7  (510) 848-4752; FAX: (510) 848-5819
   Email: jbcofc@aol.com
8
   Attorneys for Plaintiffs
9

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12
   THE ESTATE OF JERRY A. AMARO III;      )   CASE NO:  C09-01019 WHA
13 GERALDINE MONTOYA; STEPHANIE           )
   MONTOYA;                               )   **STIPULATION AND [PROPOSED]**
14                                        )   **ORDER EXTENDING DEADLINES FOR**
                                          )   **REGARDING EXPERT DISCLOSURES**
15         Plaintiffs,                    )   **AND EXPERT DISCOVERY**
                                          )   **WITH MODIFICATIONS**
16 vs.                                    )
                                          )
17                                        )
   CITY OF OAKLAND;  et al.,              )
18                                        )
          Defendants.                     )
19                                        )
                                          )

20

21

22

23
   **Stip. And ~~Proposed~~ Order Extending Deadlines Regarding Expert Disclosures/Discovery**
24        **Estate of Amaro v. City of Oakland, Case No. C09-01019 WHA**
                                      1

1    WHEREAS, counsel for the parties have been working cooperatively to complete the fact

2 discovery in accord with the December 13, 2009, fact discovery cut-off date;

3    WHEREAS, despite the diligence of counsel, pertinent records concerning the case are

4 still subject to long outstanding records subpoenas to third parties who have not yet produced the

5 records as they continue to search their records to comply with the subpoenas, including, but not

6 limited to, the Alameda County Coroner's Office (autopsy and investigation records regarding

7 the death of Mr. Amaro); the City of San Leandro, Hollywood Video and the Social Security

8 Administration (wage and earnings records for Mr. Amaro); and the Social Security

9 Administration (disability records concerning Plaintiff Geraldine Montoya);

10    WHEREAS, additional evidence of critical importance to the case was just recently

11 located, including, but not limited to, x-ray films taken of the decedent's body within days of his

12 death; portions of the OPD homicide investigation and witness statements;

13    WHEREAS, said additional evidence will need to be reviewed and evaluated by experts

14 retained by all parties in order for them to make their expert evaluations and prepare their Rule

15 26 expert reports;

16    WHEREAS, counsel anticipate scheduling problems in completing the expert disclosures

17 and reports in a timely manner by December 31, 2009, because of the aforesaid outstanding

18 records subpoenas, the recently discovered evidence and because the retained experts will have

19 scheduling issues over the late December 2009 holidays,;

20    WHEREAS, the parties fully understand that the Court requires strict compliance with

21 the scheduled trial date and other pretrial preparation deadlines and are not requesting

22 adjustments of the deadlines set forth in the Court's Case Management Conference Statement of

**Stip. And** ~~Proposed~~ **Order Extending Deadlines Regarding Expert Disclosures/Discovery**
**Estate of Amaro v. City of Oakland, Case No. C09-01019 WHA**
2

1  June 9, 2009, other than the expert deadlines set forth below which will still permit them to

2  comply with the remainder of the Court's deadlines;

3      THE PARTIES, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF

4  RECORD, DO HEREBY STIPULATE AND AGREE THAT: the deadlines for Rule 26 expert

5  disclosures and reports should be extended and modified as follows:

6      1.  Deadline for Opening Rule 26 Expert Disclosures and Reports extended from

7  December 31, 2009, to January 11, 2010;

8      2.   Deadline for Opposition Expert Reports extended from January 14, 2010, to January

9  25, 2010;

10      3.  Deadline for Rebuttal Expert Reports extended from January 21, 2010, to February 1,

11  2009;

12      4.  Deadline for Completion of Expert Discovery extended from February 4, 2009, to

13  February 15, 2009.

14      5.  All other deadlines to remain the same as stated in the Case Management Order.

15  IT IS SO STIPULATED:

17  Dated: December 4, 2009                  _____/S/_____
                                              JOHN L. BURRIS
18                                            Attorney for Plaintiffs

19  Dated:  December 4, 2009                 _____/S/_____
                                              JAMES B. CHANIN
20                                            Attorney for Plaintiffs

21  Dated: December  4, 2009                 _____/S/_____
                                              STEPHEN Q. ROWELL
22                                            Attorney for City of Oakland Defendants

**Stip. And ~~Proposed~~ Order Extending Deadlines Regarding Expert Disclosures/Discovery**
**Estate of Amaro v. City of Oakland, Case No. C09-01019 WHA**
3

Dated:  December  4, 2009             _____/S/_____
                                      JOHN VERBER
                                      Attorney for Defendant Edward Poulson

While the stipulation is approved, the parties are reminded that the deadlines set forth in the case management order will *not* be changed for any reason related to the stipulated extension of these discovery deadlines.  The last date for filing dispositive motions, the date of the final pretrial conference, and the date for trial remain unchanged.  The parties must prepare for trial.

**IT IS SO ORDERED.**

Date:  December 4, 2009.              _____
                                      WILLIAM ALSUP
                                      UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge William Alsup*

**Stip. And ~~Proposed~~ Order Extending Deadlines Regarding Expert Disclosures/Discovery**
**Estate of Amaro v. City of Oakland, Case No. C09-01019 WHA**
4