1  JOHN L. BURRIS (SBN #69888)
   LAW OFFICES OF JOHN L. BURRIS
2  7677 Oakport Street, Suite 1120
   Oakland, California  94621
3  (510) 839-5200; FAX (510) 839-3882
   Email: john.burris@johnburrislaw.com
4
   JAMES B. CHANIN (SBN# 76043)
5  Law Offices of James B. Chanin
   3050 Shattuck Avenue
6  Berkeley, California  94705
   (510) 848-4752; FAX: (510) 848-5819
7  Email: jbcofc@aol.com

8  Attorneys for Plaintiffs

9
                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11

12  THE ESTATE OF JERRY A. AMARO III;    )   CASE NO:  C09-01019 WHA
    GERALDINE MONTOYA; STEPHANIE         )
13  MONTOYA;                             )   STIPULATION AND [PROPOSED]
                                         )   ORDER CONTINUING HEARING DATE
14          Plaintiffs,                  )   ON DEFENDANTS' MOTION FOR
                                         )   SUMMARY JUDGMENT FROM
15  vs.                                  )   JANUARY 28, 2010 TO FEBRUARY 18,
                                         )   2010 AND EXTENDING THE TIME FOR
16                                       )   PLAINTIFFS' OPPOSITION TO
                                         )   JANUARY 28, 2010
17  CITY OF OAKLAND, et al.,             )
                                         )
18          Defendants.                  )
                                         )
19                                       )
                                         )
20                                       )
                                         )
21                                       )
    _____)
22

23
    Estate of Amaro, et al. v. City of Oakland, et al
24  Case No. C09-01019 WHA
    Stip and [Proposed] Order Continuing Hearing on Def. MSJ/Plaintiffs' Opposition Deadline
                                      1

WHEREAS, Plaintiffs' lead attorneys, John L. Burris and James B. Chanin, took and/or were present for all the depositions taken in the action relevant to opposing Defendants' motion for summary judgment,

WHEREAS, Mr. Burris is currently out of the country and Mr. Chanin is in Florida on vacation;

WHEREAS, Plaintiffs' opposition to Defendants' motion for summary judgment is currently due to be filed on January 7, 2010 and would require a substantial amount of work be performed in opposing the motion in the absence of both of Plaintiffs' lead counsel and over the Christmas and New Year's holidays;

WHEREAS, this hearing date poses a substantial burden on Plaintiffs' given the absence of Plaintiffs' lead counsel from the State;

WHEREAS, Plaintiffs' counsel made no arrangements with their respective staffs to be available to work on the motion opposition over the Christmas and New Year's holidays because they had no advance notice that the motion would be noticed for January 28, 2010;

WHEREAS, a continuance of the hearing date of the motion to February 18, 2010 would still be within the Court's current dispositive motion hearing date deadline of March 11, 2010;

THE PARTIES, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD DO HEREBY STIPULATE AND AGREE THAT the hearing on Defendants' motion for summary judgment should be continued to February 18, 2010 and that the deadline for the filing of Plaintiffs' opposition should be extended to January 28, 2010.

IT IS SO STIPULATED AND AGREED:

Estate of Amaro, et al. v. City of Oakland, et al
Case No. C09-01019 WHA
Stip and [Proposed] Order Continuing Hearing on Def. MSJ/Plaintiffs' Opposition Deadline

2

1  Dated: December 22, 2009                    _____/S/_____
                                              Julie M. Houk
2                                             Attorney for Plaintiff

3  Dated: December 23, 2009                    _____/S/_____
                                              STEPHEN Q. ROWELL
4                                             Attorney for City of Oakland
                                              Defendants
5
   Dated: December 22, 2009                    _____/S/_____
6                                             JAMES HIGA
                                              Attorney for Defendant
7                                             Edward Poulson

8           PURSUANT TO STIPULATION, **IT IS SO ORDERED.**

9

10 Dated:____December 23___, 2009             _____
                                              **WILLIAM** ...
11                                            **UNITED ST**... **ISTRICT JUDGE**

12

13

14

15

16

17

18

19

20

21

22

23

24 Estate of Amaro, et al. v. City of Oakland, et al
   Case No. C09-01019 WHA
   Stip and ~~[Proposed]~~ Order Continuing Hearing on Def. MSJ/Plaintiffs' Opposition Deadline
                                    3