IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF JERRY A. AMARO III, GERALDINE MONTOYA, and STEPHANIE MONTOYA,<br><br>    Plaintiffs,<br><br>  v.<br><br>CITY OF OAKLAND, RICHARD WORD, EDWARD POULSON, R. HOLMGREN, S. NOWAK, M. BATTLE, E. KARSSEBOOM, C. BUNN, M. PATTERSON, individually and in their capacities as members of the City of Oakland Police Department, and DOES 1–100, inclusive,<br><br>    Defendants.<br>                                  / | No. C 09-01019 WHA<br><br>**ORDER REGARDING UPCOMING TRIAL DATES** |

      The Court is concerned about having counsel prepare for trial on April 19 (as well as the pre-trial conference on April 5) when there is a good likelihood that the Ninth Circuit will grant defendants' pending petition for appeal. As such, the undersigned is willing to vacate the upcoming pre-trial conference and trial date, subject to rescheduling if the Ninth Circuit denies the petition for appeal. Counsel on both sides are asked to submit a statement on this proposal by **5 P.M. ON TUESDAY, MARCH 23, 2010**.

      **IT IS SO ORDERED.**

Dated: March 22, 2010.

                                              WILLIAM ALSUP<br>
                                              UNITED STATES DISTRICT JUDGE