IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF JERRY A. AMARO III, GERALDINE MONTOYA, and STEPHANIE MONTOYA,<br><br>    Plaintiffs,<br><br>  v.<br><br>CITY OF OAKLAND, RICHARD WORD, EDWARD POULSON, R. HOLMGREN, S. NOWAK, M. BATTLE, E. KARSSEBOOM, C. BUNN, M. PATTERSON, individually and in their capacities as members of the City of Oakland Police Department, and DOES 1–100, inclusive,<br><br>    Defendants.<br>                                       / | No. C 09-01019 WHA<br><br>**ORDER VACATING TRIAL DATES PENDING DEFENDANTS' PETITION FOR APPEAL** |

    Pending the Ninth Circuit's decision on defendants' petition for an immediate appeal, the pre-trial conference (scheduled for April 5) and trial date (scheduled for April 19) are **VACATED**. The parties shall promptly notify the Court of any decision reached by the Ninth Circuit on this matter.

    **IT IS SO ORDERED.**

Dated: March 23, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE