IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF JERRY A. AMARO III, GERALDINE MONTOYA, and STEPHANIE MONTOYA,<br><br>    Plaintiffs,<br><br>  v.<br><br>CITY OF OAKLAND, RICHARD WORD, EDWARD POULSON, R. HOLMGREN, S. NOWAK, M. BATTLE, E. KARSSEBOOM, C. BUNN, M. PATTERSON, individually and in their capacities as members of the City of Oakland Police Department, and DOES 1–100, inclusive,<br><br>    Defendants.<br>_____/ | No. C 09-01019 WHA<br><br>**ORDER SETTING STATUS CONFERENCE** |

    To ensure that the Court is kept apprised of the pending appeal in the event that a decision by the Ninth Circuit is not promptly reached, a status conference is scheduled for **11:00 A.M. ON JUNE 24, 2010**. The parties shall submit a joint statement seven days prior to the conference.

    **IT IS SO ORDERED.**

Dated: March 25, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE