1  JOHN L. BURRIS (SBN #69888)
   LAW OFFICES OF JOHN L. BURRIS
2  7677 Oakport Street, Suite 1120
   Oakland, California  94621
3  (510) 839-5200; FAX (510) 839-3882
   Email: john.burris@johnburrislaw.com
4
   JAMES B. CHANIN (SBN# 76043)
5  Law Offices of James B. Chanin
   3050 Shattuck Avenue
6  Berkeley, California  94705
   (510) 848-4752; FAX: (510) 848-5819
7  Email: jbcofc@aol.com

8  Attorneys for Plaintiffs

9
                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11

12 THE ESTATE OF JERRY A. AMARO III;        )   CASE NO:  C09-01019 WHA
   GERALDINE MONTOYA; STEPHANIE             )
13 MONTOYA;                                 )   **STIPULATION AND [PROPOSED]**
                                            )   **ORDER VACATING JUNE 24**
14         Plaintiffs,                       )   **CASE MANAGEMENT**
                                            )   **CONFERENCE**
15 vs.                                       )
                                            )   **Date: June 24, 2010**
16                                           )   **Time: 11:00 a.m.**
                                            )   **The Hon. William H. Alsup**
17 CITY OF OAKLAND, et al.,                  )
                                            )
18         Defendants.                       )
                                            )
19                                           )
                                            )
20                                           )
                                            )
21 _____      )

22

23

24 Estate of Amaro, et al. v. City of Oakland, et al
   Case No. C09-01019 WHA
   Stip and [Proposed] Order re June 24, 2010 Status Conf.                      1

1    WHEREAS, on May 20, 2010, the United States Court of Appeals for the Ninth Circuit

2 granted Defendants' petition for permission to appeal pursuant to 28 U.S.C. § 1292(b); and

3    WHEREAS, Defendants have now perfected their appeal by filing a Notice of Appeal in

4 this Court, the parties, by and through their respective counsel of record, do hereby stipulate,

5 agree and request that the Status Conference set for June 24, 2010 at 11:00 a.m. be dropped from

6 the Court's calendar pending the final resolution of Defendants' appeal.

7 IT IS SO STIPULATED:

8 Dated: May 27, 2010                         _____/S/_____

9                                             JAMES B. CHANIN
                                             Attorney for Plaintiffs

10 Dated: May 27, 2010                        _____/S/_____

11                                            STEPHEN Q. ROWELL
                                             Attorney for City of Oakland
12                                            Defendants

13 Dated: May 27, 2010                        _____/S/_____

14                                            JOHN VERBER
                                             Attorney for Defendant
                                             Edward Poulson

15 PURSUANT TO STIPULATION,
   IT IS SO ORDERED:

16

17 Dated:__May 27_____, 2010                _____

18                                            WILLIAM H.
                                             Judge
                                             District

19

20

21

22

23

24 Estate of Amaro, et al. v. City of Oakland, et al
   Case No. C09-01019 WHA
   Stip and [Proposed] Order re June 24, 2010 Status Conf.                    2