IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF JERRY A. AMARO III, GERALDINE MONTOYA, and STEPHANIE MONTOYA,<br><br>    Plaintiffs,<br><br>  v.<br><br>CITY OF OAKLAND, RICHARD WORD, EDWARD POULSON, R. HOLMGREN, S. NOWAK, M. BATTLE, E. KARSSEBOOM, C. BUNN, M. PATTERSON, individually and in their capacities as members of the City of Oakland Police Department, and DOES 1–100, inclusive,<br><br>    Defendants.<br>                                          / | No. C 09-01019 WHA<br><br>**ORDER RE PLAINTIFFS' REQUEST TO REOPEN DISCOVERY** |

        On May 9, plaintiffs' counsel filed a letter "urgently requesting that the Court exercise its discretion to reopen discovery so that the Plaintiffs may obtain discovery of a *new* City of Oakland Police Department Internal Affairs Investigation relating to the subject matter of this action" (Dkt. No. 116). The record for the interlocutory appeal already has been determined. The Court cannot see how any discovery acquired after the ruling being appealed would be of any benefit to either side on appeal. Accordingly, the request is **DENIED**. If the ruling is affirmed, then the Court might reopen discovery at that juncture after hearing both sides' positions.

        **IT IS SO ORDERED.**

Dated: May 9, 2011.

                                                  WILLIAM ALSUP
                                                  UNITED STATES DISTRICT JUDGE