UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 19 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| THE ESTATE OF JERRY A. AMARO III; et al.,<br><br>　　　　Plaintiffs - Appellees,<br><br>　v.<br><br>CITY OF OAKLAND; et al.,<br><br>　　　　Defendants - Appellants. | No. 10-16152<br><br>D.C. No. 3:09-cv-01019-WHA<br>U.S. District Court for Northern California, San Francisco<br><br>**MANDATE** |

The judgment of this Court, entered July 28, 2011, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

　　　　　　　　　　　　　　　　　FOR THE COURT:
　　　　　　　　　　　　　　　　　Molly C. Dwyer
　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　Theresa Benitez
　　　　　　　　　　　　　　　　　Deputy Clerk