UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

August 24, 2011

CASE NUMBER:   **CV 09-01019 WHA**
CASE TITLE:   <u>**THE ESTATE OF JERRY A. AMARO III, et al.-v- CITY OF OAKLAND**</u>, <u>et al.</u>
DATE MANDATE FILED:   August 23, 2011
USCA CASE NUMBER: 10-16152

TO COUNSEL OF RECORD:

The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

Sincerely,

RICHARD W. WIEKING, Clerk

by:  <u>William Noble</u>
Case Systems Administrator

Distribution:   CIVIL   -   Counsel of Record

CRIMINAL   -   Counsel of Record
U.S. Marshal (Copy of Mandate)
U.S. Probation Office

NDC App-16