IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF JERRY A. AMARO III, GERALDINE MONTOYA, and STEPHANIE MONTOYA,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>CITY OF OAKLAND, RICHARD WORD, EDWARD POULSON, R. HOLMGREN, S. NOWAK, M. BATTLE, E. KARSSEBOOM, C. BUNN, M. PATTERSON, individually and in their capacities as members of the City of Oakland Police Department, and DOES 1–100, inclusive,<br><br>　　　　　Defendants.<br>　　　　　　　　　　　　　　　　　／ | No. C 09-01019 WHA<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

On July 28, 2011, our court of appeals entered an opinion holding that the doctrine of equitable estoppel does apply in the context of this action (Dkt. No. 118). The mandate returning this case to the district court following the interlocutory appeal has just been entered (Dkt. Nos. 119–20). A case management conference is hereby **SET** for **11:00 A.M. ON SEPTEMBER 29, 2011**. Please file a joint case management conference statement at least **SEVEN DAYS** prior.

**IT IS SO ORDERED.**

Dated: August 29, 2011.

　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE