JOHN L. BURRIS (SBN #69888)
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, California 94621
(510) 839-5200; FAX (510) 839-3882
Email: john.burris@johnburrislaw.com

JAMES B. CHANIN (SBN# 76043)
JULIE M. HOUK (SBN# 114968)
Law Offices of James B. Chanin
3050 Shattuck Avenue
Berkeley, California 94705
(510) 848-4752; FAX: (510) 848-5819
Email: jbcofc@aol.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF JERRY A. AMARO III; GERALDINE MONTOYA; STEPHANIE MONTOYA;<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF OAKLAND; RICHARD WORD; EDWARD POULSON; R. HOLMGREN; S. NOWAK; M. BATTLE; E. KARSSEBOOM; C. BUNN; M. PATTERSON; individually and in their capacities as members of the CITY OF OAKLAND Police Department; DOES 1-100, inclusive,<br><br>Defendants. | CASE NO: C09-01019 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>**Current Hearing Date: September 29, 2011**<br>**Proposed Hearing Date: October 13, 2011**<br>**Time: 11:00 a.m.**<br>**Courtroom: 9**<br>**The Hon. William H. Alsup** |

**Stip and [Prop] Order Continuing Case Management Conf.**
**Estate of Amaro v. City of Oakland, Case No. C09-01019 WHA**
1

1  WHEREAS, the Case Management Conference is currently scheduled to take place on

2  Thursday, September 29, 2011, at 11:00 a.m.;

3  WHEREAS, Plaintiff's counsel, James Chanin, and counsel for Defendant Edward

4  Poulson, John Verber, are planning to observe Rosh Hashanah on September 29, 2011;

5  WHEREAS, the parties have also stipulated to mediate this case before the Honorable

6  Raul A. Ramirez (Ret.) in Sacramento, California on October 6, 2011;

7  WHEREAS, due to the conflict with Rosh Hashanah and in light of the imminent

8  mediation of the case, counsel for all parties will be in a better position to inform the Court about

9  whether the case has settlement or if a trial date should be set instead;

10  THE PARTIES, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF

11  RECORD, DO HEREBY STIPULATE, AGREE AND RESPECTFULLY REQUEST that the

12  Case Management Conference be continued from September 29, 2011, to October 13, 2011, at

13  11:00 a.m.

14  IT IS SO SITPULATED:

15  Dated: September 15, 2011            _____/S/_____
                                         James B. Chanin
16                                       Attorney for Plaintiffs

17  Dated: September 19, 2011            _____/S/_____
                                         William Simmons
18                                       Attorney for City of Oakland Defendants

19  Dated: September 19, 2011            _____/S/_____
                                         John Verber
20                                       Attorney for Defendant Edward Poulson

21

22

23
**Stip and [Prop] Order Continuing Case Management Conf.**
24  **Estate of Amaro v. City of Oakland, Case No. C09-01019 WHA**
2

1   PURSUANT TO STIPULATION,
    IT IS SO ORDERED:   PLEASE NOTE THAT THERE WILL BE NO FURTHER
2                           CONTINUANCES.
    Dated: September 20 , 2011
3                                       _____
                                        William H. Alsup
4                                       Judge of the United States District Court

*IT IS SO ORDERED AS MODIFIED*
*Judge William Alsup*
*United States District Court, Northern District of California*

**Stip and [Prop] Order Continuing Case Management Conf.**
**Estate of Amaro v. City of Oakland, Case No. C09-01019 WHA**
3