1  JOHN L. BURRIS (SBN #69888)
   LAW OFFICES OF JOHN L. BURRIS
2  7677 Oakport Street, Suite 1120
   Oakland, California  94621
3  (510) 839-5200; FAX (510) 839-3882
   Email: john.burris@johnburrislaw.com
4

5  JAMES B. CHANIN (SBN# 76043)
   JULIE M. HOUK (SBN# 114968)
   Law Offices of James B. Chanin
6  3050 Shattuck Avenue
   Berkeley, California  94705
7  (510) 848-4752; FAX: (510) 848-5819
   Email: jbcofc@aol.com
8
   Attorneys for Plaintiffs
9

10                 UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12  THE ESTATE OF JERRY A. AMARO III;  )  CASE NO:  C09-01019 WHA
    GERALDINE MONTOYA; STEPHANIE        )
13  MONTOYA;                            )  **STIPULATION AND [PROPOSED]**
                                        )  **ORDER CONTINUING CASE**
14          Plaintiffs,                 )  **MANAGEMENT CONFERENCE**
                                        )
15  vs.                                 )  **Current Hearing Date:  September 29, 2011**
                                        )  **Proposed Hearing Date: October 13, 2011**
16                                      )  **Time: 11:00 a.m.**
                                        )  **Courtroom: 9**
17  CITY OF OAKLAND; RICHARD WORD;      )  **The Hon. William H. Alsup**
18  EDWARD POULSON; R. HOLMGREN; S.     )
    NOWAK; M. BATTLE; E. KARSSEBOOM;    )
19  C. BUNN; M. PATTERSON; individually and )
    in their capacities as members of the CITY OF )
20  OAKLAND Police Department; DOES 1-100, )
    inclusive,                          )
21                                      )
            Defendants.                 )
22  _____)

23
              **Stip and [Prop] Order Continuing Case Management Conf.**
24            **Estate of Amaro v. City of Oakland, Case No. C09-01019 WHA**

                                     1

1   WHEREAS, the Case Management Conference is currently scheduled to take place on

2   Thursday, September 29, 2011, at 11:00 a.m.;

3   WHEREAS, Plaintiff's counsel, James Chanin, and counsel for Defendant Edward

4   Poulson, John Verber, are planning to observe Rosh Hashanah on September 29, 2011;

5   WHEREAS, the parties have also stipulated to mediate this case before the Honorable

6   Raul A. Ramirez (Ret.) in Sacramento, California on October 6, 2011;

7   WHEREAS, due to the conflict with Rosh Hashanah and in light of the imminent

8   mediation of the case, counsel for all parties will be in a better position to inform the Court about

9   whether the case has settlement or if a trial date should be set instead;

10   THE PARTIES, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF

11   RECORD, DO HEREBY STIPULATE, AGREE AND RESPECTFULLY REQUEST that the

12   Case Management Conference be continued from September 29, 2011, to October 13, 2011, at

13   11:00 a.m.

14   IT IS SO SITPULATED:

15   Dated: September 15, 2011                  _____/S/_____
                                                James B. Chanin
16                                              Attorney for Plaintiffs

17   Dated: September 19, 2011                  _____/S/_____
                                                William Simmons
18                                              Attorney for City of Oakland Defendants

19   Dated: September 19, 2011                  _____/S/_____
                                                John Verber
20                                              Attorney for Defendant Edward Poulson

21

22

23
                    **Stip and [Prop] Order Continuing Case Management Conf.**
24                  **Estate of Amaro v. City of Oakland, Case No. C09-01019 WHA**
                                                2

1  PURSUANT TO STIPULATION,
   IT IS SO ORDERED:     PLEASE NOTE THAT THERE WILL BE NO FURTHER
2                        CONTINUANCES.
   Dated: September 20 , 2011
3                                    _____
                                     William H. Alsup
4                                    Judge of the United States District Court

IT IS SO ORDERED AS MODIFIED
Judge William Alsup

**Stip and [Prop] Order Continuing Case Management Conf.**
**Estate of Amaro v. City of Oakland, Case No. C09-01019 WHA**
3