**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THE ESTATE OF JERRY A. AMARO III,
GERALDINE MONTOYA, and STEPHANIE
MONTOYA,

        Plaintiffs,

  v.

CITY OF OAKLAND, RICHARD WORD,
EDWARD POULSON, R. HOLMGREN,
S. NOWAK, M. BATTLE, E. KARSSEBOOM,
C. BUNN, M. PATTERSON, individually and
in their capacities as members of the City of
Oakland Police Department, and DOES 1–100,
inclusive,

        Defendants.

                            /

No. C 09-01019 WHA

**ORDER CONTINUING
CASE MANAGEMENT
CONFERENCE**

    The Court **CONTINUES** the case management conference to **DECEMBER 15, 2011, AT
3:00 P.M.**  Please file a joint case management statement at least seven days prior or a dismissal.

    **IT IS SO ORDERED.**

Dated:  October 7, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE