IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF JERRY A. AMARO III, GERALDINE MONTOYA, and STEPHANIE MONTOYA,<br><br>   Plaintiffs,<br><br>   v.<br><br>CITY OF OAKLAND, RICHARD WORD, EDWARD POULSON, R. HOLMGREN, S. NOWAK, M. BATTLE, E. KARSSEBOOM, C. BUNN, M. PATTERSON, individually and in their capacities as members of the City of Oakland Police Department, and DOES 1–100, inclusive,<br><br>   Defendants.<br>                                                           / | No. C 09-01019 WHA<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The Court **CONTINUES** the case management conference to **DECEMBER 15, 2011, AT 3:00 P.M.**  Please file a joint case management statement at least seven days prior or a dismissal.

**IT IS SO ORDERED.**

Dated: October 7, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE